

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rixion Enrique Martinez-Tobias | **Civil Action No.** 26-cv-02315-BJC-VET |
| **Plaintiff,** | |
| **V.** | |
| Warden Jeremy Casey | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the petition for a writ of habeas corpus. Respondents shall immediately release Petitioner under the previously determined conditions.

**Date:**       5/5/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy